OPINION — AG — **** STATE GROUP HEALTH BOARD — INVESTMENTS **** TITLE 74 O.S. 1968 Supp., 1305 [74-1305](5) AND 1312(1), ARE NOT IN IRRECONCILABLE CONFLICT AND AN INVESTMENT COMMITTEE ESTABLISHED IN ACCORDANCE WITH SECTION 1305(5), MAY MAKE INVESTMENTS IN SECURITIES OF THE UNITED STATES GOVERNMENT, THE STATE OF OKLAHOMA AND CERTIFICATES OF DEPOSIT ISSUED BY OKLAHOMA BANKS WITH APPROVAL BY THE STATE EMPLOYEES GROUP HEALTH BOARD DON TIMBERLAKE